UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE WILSON, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>SKYWEST AIRLINES, INC.,<br>　　　　Defendant. | Case No. 19-cv-01491-VC<br><br>**ORDER REJECTING STIPULATED PROTECTIVE ORDER**<br>Re: Dkt. No. 31 |

The proposed protective order is rejected because it appears to add an unnecessary layer of confusion to the process for adjudicating disputes about whether documents may be filed under seal. The process for adjudicating those disputes is set forth in Local Rule 79-5. The language the parties have proposed to insert in the "Judicial Intervention" section, which appears originally intended to govern judicial intervention in disputes regarding documents that have been turned over in discovery but are not necessarily going to be filed, overlaps with the process set forth in Local Rule 79-5 in a manner that seems likely to create problems in the future. Therefore, the proposed protective order is rejected without prejudice. If the parties believe that the Court is misunderstanding what they are seeking to accomplish with their proposed changes to the standard "judicial intervention" section, they may file a renewed request for this proposed protective order with an explanation of what they are seeking to accomplish. Otherwise, they should file a revised proposed protective order.

**IT IS SO ORDERED.**

Dated: December 16, 2019

VINCE CHHABRIA
United States District Judge