Matthew R. Bainer, Esq. (SBN 220972)
**THE BAINER LAW FIRM**
1901 Harrison St., Suite 1100
Oakland, California 94612
Telephone:     (510) 922-1802
Facsimile:       (510) 844-7701
mbainer@bainerlawfirm.com

Attorneys for Plaintiffs Tremaine Wilson and Lauren Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE WILSON and LAUREN BECKER, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>            Plaintiff,<br><br>     vs.<br><br>SKYWEST AIRLINES, INC., a Utah corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.:  3:19-cv-1491-VC<br><br>**JOINT STIPULATION RE SECOND AMENDED CLASS ACTION COMPLAINT; [PROPOSED] ORDER**<br><br><span style="color:red">AS MODIFIED</span> |

Plaintiffs Tremaine Wilson and Lauren Becker ("Plaintiffs"), on the one hand, and Defendant SkyWest Airlines, Inc. ("Defendant") on the other, hereby stipulate as follows:

WHEREAS, the Parties have met and conferred regarding the appropriate class definition as determined by the most current and best available factual and legal information available to Plaintiff at this stage in the proceedings;

WHEREAS, the Parties have specifically met and conferred regarding the recent California Supreme Court rulings in *Ward v. United Airlines, Inc.* and *Oman v. Delta Air Lines,*

---

Stipulation to File Second Amended Complaint; [Proposed] Order

*Inc.*, and those decisions' import to 1) the appropriate class definition and 2) Plaintiffs' claim for unpaid overtime;

WHEREAS, Plaintiffs have expressed an intention to amend the Complaint to update the class definition and dismiss their cause of action for unpaid overtime based on the *Ward* and *Oman* decisions;

WHEREAS, the Parties have met and conferred regarding the filing of an amended complaint in the above-captioned action, which will amend the currently-plead class definition and remove Plaintiff's First Cause of Action for unpaid overtime;

**THEREFORE, IT IS HEREBY STIPULATE AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

The parties hereby stipulate to allow Plaintiffs leave to file the Second Amended Complaint attached to this Stipulation and [Proposed] Order as Exhibit "A."

**DATED:** September 29, 2020         **THE BAINER LAW FIRM**

By    */s/ Matthew R. Bainer*
      MATTHEW R. BAINER
      Attorneys for Plaintiffs

**DATED:** September 29, 2020         **JONES DAY**

By    */s/ Amanda C. Sommerfield*
      AMANDA C. SOMMERFIELD
      Attorneys for Defendant
      SKYWEST AIRLINES, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Matthew R. Bainer, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2020, at Oakland, California.

                                              */s/ Matthew R. Bainer*
                                              MATTHEW R. BAINER

# [~~PROPOSED~~] ORDER

Having read and considered the above stipulation, and good cause appearing therefor:

The above stipulation is approved. It is ordered that Plaintiffs shall have leave to file the attached Second Amended Class Action Complaint in the above-entitled matter. ~~The clerk is directed to file that pleading forthwith, and it shall be deemed filed and served as of the date of this Order.~~ Plaintiffs shall file the Second Amended Complaint on the docket within 7 days.

IT IS SO ORDERED.

DATED: October 2, 2020



Hon. Judge Vince Chhabria
APPROVED — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Stipulation to File Second Amended Complaint; [~~Proposed~~] Order