Amanda C. Sommerfeld (State Bar No. 185052)
asommerfeld@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Anthony J. Dick (*pro hac vice* pending)
ajdick@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

Scott Morrison (SBN 320167)
scottmorrison@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: +1.858.314.1189
Facsimile: +1.844.345.3178

Attorneys for Defendant
SKYWEST AIRLINES, INC.

Plaintiffs' counsel listed on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREMAINE WILSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　　Defendant. | **Case No. 3:19-CV-01491-VC**<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT; AND [~~PROPOSED~~] ORDER**<br><br>Judge:　　　Hon. Vince Chhabria |

1 | Matthew R. Bainer, Esq. (SBN 220972)
**THE BAINER LAW FIRM**
2 | 1901 Harrison St., Suite 1100
Oakland, California 94612
3 | Telephone:   (510) 922-1802
Facsimile:    (510) 844-7701
4 | mbainer@bainerlawfirm.com

5 | Attorneys for Plaintiffs
Tremaine Wilson and Lauren Becker

1  Pursuant to this Court's Standing Order for Civil Cases Before Judge Vince Chhabria, the
2  parties, through their respective counsel, stipulate, subject to this Court's approval, to the
3  following briefing schedule in connection with their forthcoming cross motions for summary
4  judgment, which this Court set for hearing on February 18, 2021.

| Event/Filing | Deadline |
|---|---|
| Defendant's motion for summary judgment | December 3, 2020 |
| Plaintiffs' combined cross motion and opposition | December 24, 2020 |
| Defendants' combined opposition and reply | January 14, 2021 |
| Plaintiffs' reply | January 28, 2021 |
| Hearing | February 18, 2021 |

**IT IS SO STIPULATED.**

DATED: December 2, 2020         Respectfully submitted,

                                By:  *s/ Amanda Sommerfeld*
                                     Amanda C. Sommerfeld
                                     Scott Morrison
                                     **JONES DAY**

                                     Attorneys for Defendants SKYWEST
                                     AIRLINES, INC.

DATED: December 2, 2020         By:  *s/ Matthew Bainer*
                                     Matthew R. Bainer
                                     **THE BAINER LAW FIRM**

                                     Attorneys for Plaintiffs TREMAINE WILSON and
                                     LAUREN BECKER and the Class

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Amanda C. Sommerfeld, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of December, 2020, at Los Angeles, California.

                                                        *s/ Amanda Sommerfeld*
                                                        AMANDA C. SOMMERFELD

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 3, 2020

Honorable
United

APPROVED
Judge Vince Chhabria