UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE WILSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SKYWEST AIRLINES, INC.,<br><br>        Defendant. | Case No. 19-cv-01491-VC<br><br>**ORDER TO REFILE EXHIBITS IN ACCORDANCE WITH STANDING ORDER**<br><br>Re: Dkt. Nos. 60, 61, 63 |

The filings at Docket Nos. 60, 61, and 63 do not comply with Judge Chhabria's Standing Order for Civil Cases. *See* Standing Order ¶ 24. Each exhibit should be filed as a separate PDF. The parties shall refile these documents with separate exhibits by 5 p.m. on Thursday, February 4. The parties (1) shall use the filing event "Other Documents" → "Amended Document (NOT Motion)," (2) shall link the document to the noncompliant filing, and (3) shall rename the filing appropriately. This order has no impact on the previously filed briefs.

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
VINCE CHHABRIA
United States District Judge