UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE WILSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SKYWEST AIRLINES, INC.,<br><br>        Defendant. | Case No. 19-cv-01491-VC<br><br>**ORDER REQUESTING LETTER BRIEFS** |

    The parties are each ordered to file letter briefs, not to exceed 4 single-spaced pages, on whether this case should be stayed pending the outcome of *Bernstein v. Virgin America, Inc.*, No. 19-15382 (9th Cir.) (argument held Jan 14, 2021). The letter briefs should be filed by 5 p.m. on Friday, February 5, 2021.

    **IT IS SO ORDERED.**

Dated: February 2, 2021

_____
VINCE CHHABRIA
United States District Judge