UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE WILSON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SKYWEST AIRLINES, INC.,<br><br>        Defendant. | Case No. 19-cv-01491-VC<br><br>**ORDER STAYING CASE** |

      The case is stayed pending a decision by the Ninth Circuit panel in *Bernstein v. Virgin America*. Within seven days of the panel's decision, the parties are ordered to schedule a joint case management conference.

      **IT IS SO ORDERED.**

Dated: February 8, 2021

_____
VINCE CHHABRIA
United States District Judge