1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew R. Bainer, Esq. (SBN 220972)
**THE BAINER LAW FIRM**
1901 Harrison St., Suite 1100
Oakland, California 94612
Telephone:      (510) 922-1802
Facsimile:       (510) 844-7701
mbainer@bainerlawfirm.com

Attorneys for Plaintiffs Tremaine Wilson and Lauren Becker

*Defense Counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE WILSON and LAUREN BECKER, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>               Plaintiff,<br><br>   vs.<br><br>SKYWEST AIRLINES, INC., a Utah corporation; and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No.:  3:19-cv-1491-VC<br><br>**JOINT STIPULATION TO LIFT STAY AND SET CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Amanda C. Sommerfeld (State Bar No. 185052)
asommerfeld@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:    +1.213.489.3939
Facsimile:    +1.213.243.2539

Scott Morrison (SBN 320167)
scottmorrison@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    +1.858.314.1189
Facsimile:    +1.844.345.3178

Attorneys for Defendant
SKYWEST AIRLINES, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Tremaine Wilson and Lauren Becker ("Plaintiffs"), on the one hand, and Defendant SkyWest Airlines, Inc. ("Defendant") on the other, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion for Summary Adjudication on December 3, 2020;

WHEREAS, Plaintiffs filed their Cross-Motion for Summary Adjudication on December 24, 2020;

WHEREAS, the Parties' respective Motions were fully briefed as the filing of Plaintiffs' Reply Brief on February 28, 2021;

WHEREAS, this Court's issued its Order dated February 8, 2021 (Dkt. 72), staying this action pending the outcome of the pending appeal in *Bernstein v. Virgin America, Inc.*, No. 19-15382 (9th Cir.) and requesting that parties notify the Court and request the scheduling of a Case Management Conference following the issuance of the Appellate Court's Order in the *Bernstein* matter;

WHEREAS, the Ninth Circuit issued its Order in *Bernstein* (See, *Bernstein v. Virgin Am., Inc.* [9th Cir. Case No. 19-15382 Dkt. 110]) on February 23, 2021;

**THEREFORE, IT IS HEREBY STIPULATE AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

The parties hereby stipulate to lift the stay on the instant action and request the Court set a Case Management Conference on March 17, 2021, or as soon thereafter is available on the Court's calendar.

**DATED:** March 2, 2021      **THE BAINER LAW FIRM**

By   */s/ Matthew R. Bainer*
        MATTHEW R. BAINER
        Attorneys for Plaintiffs

**DATED:** March 2, 2021      **JONES DAY**

By   */s/ Amanda C. Sommerfield*
        AMANDA C. SOMMERFIELD
        Attorneys for Defendant

1

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

3
      I, Matthew R. Bainer, attest that concurrence in the filing of this document has been

4
obtained from the other signatories.  I declare under penalty of perjury under the laws of the

5
United States of America that the foregoing is true and correct.

6
      Executed this 2nd day of March, 2021, at Oakland, California.

7

8

                                     */s/ Matthew R. Bainer*

9
                                      MATTHEW R. BAINER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                          [~~PROPOSED~~] ORDER

2          Having read and considered the above stipulation, and good cause appearing therefor:

3          The above stipulation is approved.  It is ordered that the stay in the instant action is

4     hereby lifted and a Case Management Conference is hereby scheduled

5     for___March 17 at 2 p.m. by zoom_____.   The parties should be prepared to discuss

6          IT IS SO ORDERED.   whether they can agree on which issues, if any, are no longer in

7                               dispute following the Ninth Circuit's ruling, and on a schedule

                              for the summary judgment motions.

8     **DATED**:

9          March 5, 2021

10                               _____

11                                        Hon. Vincent Chhabria

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28