1  Amanda C. Sommerfeld (State Bar No. 185052)
   asommerfeld@jonesday.com
2  JONES DAY
   555 South Flower Street, Fiftieth Floor
3  Los Angeles, CA  90071.2300
   Telephone:    +1.213.489.3939
4  Facsimile:    +1.213.243.2539

5  Anthony J. Dick (admitted *pro hac vice*)
   ajdick@jonesday.com
6  JONES DAY
   51 Louisiana Avenue, N.W.
7  Washington, D.C. 20001-2113
   Telephone:    +1.202.879.3939
8  Facsimile:    +1.202.626.1700

9  Scott Morrison (SBN 320167)
   scottmorrison@jonesday.com
10 JONES DAY
   4655 Executive Drive, Suite 1500
11 San Diego, CA 92121
   Telephone:    +1.858.314.1189
12 Facsimile:    +1.844.345.3178

13 Attorneys for Defendant
   SKYWEST AIRLINES, INC.
14
   Plaintiffs' counsel listed on next page
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20 TREMAINE WILSON, et al.,            Case No. 3:19-CV-01491-VC

21            Plaintiffs,               **JOINT STIPULATION SETTING
                                        BRIEFING SCHEDULE ON CROSS-
22       v.                             MOTIONS FOR SUMMARY
                                        JUDGMENT; AND [~~PROPOSED~~]
23 SKYWEST AIRLINES, INC.,              ORDER**  AS MODIFIED

24            Defendant.                Judge:     Hon. Vince Chhabria

25

26

27

28

Matthew R. Bainer, Esq. (SBN 220972)
**THE BAINER LAW FIRM**
1901 Harrison St., Suite 1100
Oakland, California 94612
Telephone:     (510) 922-1802
Facsimile:     (510) 844-7701
mbainer@bainerlawfirm.com

Attorneys for Plaintiffs
Tremaine Wilson and Lauren Becker

On March 17, 2021, the Court held a Case Management Conference to discuss the parties' cross motions for summary judgment in light of the Ninth Circuit's recent ruling in *Bernstein v. Virgin America, Inc.*, --- F.3d ---, 2021 WL 867583 (9th Cir. Feb. 23, 2021) (publication pending). Ultimately, the Court ordered the parties to file new cross motions for summary judgment. The Court set a hearing date on those cross motions for May 27, 2021, and ordered the parties to stipulate to a briefing schedule consistent with the Court's Standing Order.

On March 19, 2021, one of SkyWest's lawyers had an unexpected death in the immediate family and will be out of the office and traveling in order to get affairs in order. The Parties have conferred over a schedule that takes this into consideration and also affords them the time each believes is appropriate. Accordingly, the Parties jointly request a brief continuance of the hearing on their cross-motions for summary judgment to June 17, 2021. The Parties stipulate to the following briefing schedule in light of that continuance, which respects the Court's Standing Order by allowing two weeks between the fourth brief and the hearing date and more than seven weeks between the first brief and the hearing date.

| Event/Filing | Deadline |
| --- | --- |
| Defendant's motion for summary judgment | April 15, 2021 |
| Plaintiffs' combined cross motion and opposition | ~~May 6, 2021~~   April 29, 2021 |
| Defendants' combined opposition and reply | ~~May 20, 2021~~   May 13, 2021 |
| Plaintiffs' reply | ~~June 3, 2021~~   May 27, 2021 |
| Hearing | ~~June 17, 2021~~   June 10, 2021 |

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: March 24, 2021 | | Respectfully submitted, |
| | By: | *s/ Amanda Sommerfeld* |
| | | Amanda C. Sommerfeld |
| | | Scott Morrison |
| | | Anthony Dick |
| | | **JONES DAY** |
| | | |
| | | Attorneys for Defendants SKYWEST AIRLINES, INC. |
| | | |
| DATED: March 24, 2021 | By: | *s/ Matthew Bainer* |
| | | Matthew R. Bainer |
| | | **THE BAINER LAW FIRM** |
| | | |
| | | Attorneys for Plaintiffs TREMAINE WILSON and LAUREN BECKER and the Class |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Amanda C. Sommerfeld, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of March, 2021, at Los Angeles, California.

*s/ Amanda Sommerfeld*
AMANDA C. SOMMERFELD

[PROPOSED] ORDER  AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 29, 2021

Honorable Vince Chhabria
United States District Judge

*IT IS SO ORDERED AS MODIFIED — Judge Vince Chhabria, United States District Court, Northern District of California*