Matthew R. Bainer, Esq. (SBN 220972)
mbainer@bainerlawfirm.com
THE BAINER LAW FIRM
1901 Harrison St., Suite 1100
Oakland, California 94612
Tel:   (510) 922-1802; Fax:  (510) 844-7701
Attorneys for Plaintiffs

Amanda C. Sommerfeld (SBN 185052)
asommerfeld@jonesday.com
Amanda W. Molinari (SBN 323840)
amolinari@jonesday.com
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, CA 90071.2300
Tel: +1.213.489.3939; Fax: +1.213.243.2539

Patricia T. Stambelos (SBN 166998)
patricia@patriciastambelos.com
STAMBELOS LAW OFFICE
543 Country Club Drive, Suite B209
Simi Valley, CA 93065
Tel:+1.805.578.3474; Fax: +1.805.994.0199

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREMAINE WILSON, et al., | Case No. 3:19-CV-01491-VC |
| Plaintiffs, | Assigned for all purposes to the Honorable Vince Chhabria |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| SKYWEST AIRLINES, INC., | |
| Defendant. | |

1.      WHEREAS, On February 13, 2019, plaintiffs Tremaine Wilson and Lauren Becker ("Plaintiffs") filed a complaint for damages against SkyWest in San Francisco County Superior Court, Case No. CGC-19-573737, entitled Tremaine Wilson and Lauren Becker, et al. v. SkyWest Airlines, Inc., et al. (the "Complaint"). In the Complaint, Plaintiffs assert claims for: (1) unpaid overtime; (2) unpaid meal period premiums; (3) unpaid rest period premiums; (4) waiting time penalties; (5) penalties for non-compliant wage statements; (6) civil penalties for violations of California's Private Attorneys General Act ("PAGA"); and (7) unfair business practices.

2.      WHEREAS, the action was removed to this Court on March 22, 2019 (Dkt. 1), and a Second Amended Complaint was filed on October 5, 2020 (Dkt. 52), which dismissed the first claim for unpaid overtime and revised the alleged class definition.

3.      WHEREAS, on July 12, 2021, the Court granted Defendants' motion for summary adjudication as to Plaintiffs' individual wage statement claims and granted Plaintiffs' motion for summary adjudication as to their individual meal and rest period claims. (Dkt. 93)

4.      WHEREAS, on January 31, 2022, the Court denied class certification as to the meal and rest period claims. (Dkt. 120)

5.      WHEREAS, the Parties met and conferred concerning the future events of the case.  The Parties have discussed the likelihood that Defendants would bring a motion to strike the PAGA claim under the recent authority of *Wesson v. Staples the Office Superstore, LLC*, 68 Cal. App. 5th 746 (2021). After a trial as to the remaining claims, both sides would likely appeal one or more of the rulings in this case.

6.      WHEREAS, Plaintiff's Counsel herein has recently noticed an intent to bring similar PAGA claims to be brought by new plaintiffs, who will seek penalties on behalf of the State of California and current and former flight attendants.

7.      WHEREAS, in light of the foregoing, the Parties negotiated a settlement which will become effective once this Stipulated Request for Dismissal is approved by the Court. The general terms of the settlement provide that the two named Plaintiffs will each be paid $5,000, which fully compensates Plaintiffs for their remaining claims, and Plaintiffs' counsel will be reimbursed for his costs of suit and attorneys' fees reasonably incurred in the prosecution of his

1  clients' individual claims through the summary judgment rulings, less sums attributed to the

2  prosecution of the now defunct class claims.  The PAGA claim will be dismissed without

3  prejudice and without the payment of money. Neither the State of California, nor any of the

4  "aggrieved employees" other than the named Plaintiffs, will release their claims under PAGA.

5  **THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES**

6  **HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

7  The Parties jointly request that the Court approve the dismissal of Plaintiffs' individual

8  claims with prejudice and the PAGA claim without prejudice pursuant to the Parties' settlement

9  and close the case. Each Party shall bear their own fees and costs except as set forth above.

10  So stipulated.

11  Dated: March 28, 2022                    JONES DAY

12

13                                          By: */s/ Amanda C. Sommerfeld*
                                               Amanda C. Sommerfeld

14
                                            Counsel for Defendant
15                                          SKYWEST AIRLINES, INC.

16  Dated: March 28, 2022                    THE BAINER LAW FIRM

17

18                                          By: */s/ Matthew R. Bainer*
                                               Matthew R. Bainer

19
                                            Counsel for Plaintiffs
20                                          TREMAINE WILSON and LAUREN
                                            BECKER

21

22          ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

23  I, Amanda C. Sommerfeld, attest that concurrence in the filing of this document has been

24  obtained from the other signatories. I declare under penalty of perjury under the laws of the

25  United States of America that the foregoing is true and correct.

26  Executed this 28th day of March, 2022, at Los Angeles, California.

27                                          */s/ Amanda C. Sommerfeld*
                                            AMANDA C. SOMMERFELD
28

1

2                                    [PROPOSED] ORDER

3          Having read and considered the Parties' stipulation, and good cause appearing therefor,

4   approval of the Order requested is granted.  The case is dismissed.

5          IT IS SO ORDERED.

6

7   DATED: _____   March 29, 2022

8                                                          Hon. _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28